UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20033-GAYLES

UNITED STATES OF AMERICA

vs.

ERIC CADET,
KERBY JOSEPH,
JEAN SAINT FORD,
JOVIS ST LUC,
WILMINGTON TOUISSANT,
JERRY VERNELUS,
DAMIAN WOODAR,

       Defendants.
_____/

**ORDER GRANTING GOVERNMENT'S
MOTION TO ENFORCE PROTECTIVE ORDER**

**THIS CAUSE** came before the Court upon the government's Sealed Motion to Enforce Protective Order [ECF No. 68], and the Court finding good cause therefore, it is hereby **ORDERED** and **ADJUDGED** that the government's motion is **GRANTED**. Pursuant to the Protective Order entered by this Court on March 21, 2023, defense counsel must obtain and file a certification from each person to whom discovery materials were disclosed in which the recipient of the discovery materials: (a) acknowledges the restrictions set forth in the Court's March 21, 2023 Protective Order, and (b) agrees that they have not, and will not, disclose or disseminate the discovery materials or confidential information without the express written consent of defense counsel.

**DONE AND ORDERED** in chambers this 5th day of September 2023, in Miami, Florida.

                                                                  HONORABLE DARRIN P GAYLES
                                                                  UNITED STATES DISTRICT JUDGE